# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>JASON MUSE | Case No:  2:05-cr-118<br>USM No:  66751-061 |
| Date of Original Judgment:  9/12/2006<br>Date of Previous Amended Judgment:  _____<br>*(Use Date of Last Amended Judgment if Any)* | Steven Nolder, Esq.<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  **X** the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  **92**  months **is reduced to**  **64 (sixty-four) months**  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  9/12/2006  shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  2/16/12

Judge's signature

Effective Date:  _____
*(if different from order date)*

Algenon L. Marbley, United States District Court Judge
*Printed name and title*